IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

**JEFFREY C. NATION,**  09-CV-6194-JE

    **Plaintiff,**  JUDGMENT

v.

**MICHAEL J. ASTRUE,**
**Commissioner of Social**
**Security,**

    **Defendant.**

    Based on the Court's Order (#24) issued on December 20, 2010, the Court **DISMISSES** this matter **with prejudice**.

    IT IS SO ORDERED.

    DATED this 20th day of December, 2010.

                                        /s/ Anna J. Brown
                                        ANNA J. BROWN
                                        United States District Judge

1 - JUDGMENT